UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**SHELL OFFSHORE, INC.**  **CIVIL ACTION**

**VERSUS**  **NO. 13-6278**

**TESLA OFFSHORE, L.L.C., ET AL.**  **SECTION I**

## ORDER AND REASONS

The Court has pending before it a motion[1] filed by defendant, Tesla Offshore L.L.C. ("Tesla"), pursuant to Rules 50, 59, and 60 of the Federal Rules of Civil Procedure "for judgment as a matter of law, for new trial, to alter and amend judgment and/or for other relief." The motion is opposed by plaintiff, Shell Offshore, Inc. ("Shell")[2] and co-defendants, International Marine, LLC and International Offshore Services, LLC (collectively, "International").[3]

Having considered the parties' memoranda and citations to the record, as well as the applicable law, the Court concludes that the jury's award of damages, as well as its allocation of 25% fault to International and 75% fault to Tesla is amply supported by the evidence and the law. Accordingly, Tesla has articulated no basis for relief pursuant to Rules 50, 59, or 60.

**IT IS ORDERED** that Tesla's motion is **DENIED**.

New Orleans, Louisiana, April 27, 2016.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 308.
[2] R. Doc. No. 318.
[3] R. Doc. No. 319.